United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MICAH GARDNER,

    Petitioner,

v.

KIM HOLLAND,

    Respondent.

Case No. 15-cv-04695-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 7

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Pamela Critchfield, the court GRANTS respondent's request. (Docket No. 7.) Respondent must file and serve his response to the petition no later than **March 25, 2016** Petitioner must file and serve his traverse no later than **April 22, 2016**.

**IT IS SO ORDERED**.

Dated: January 26, 2016

_____
SUSAN ILLSTON
United States District Judge