UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MICAH GARDNER,

   Petitioner,

   v.

KIM HOLLAND,

   Respondent.

Case No.   15-cv-04695-SI

**ORDER**

Re: Dkt. No. 13

Petitioner has requested that respondent be ordered to mail a replacement copy of the answer to petitioner at his new prison address. Petitioner explains that he did not receive the answer when it was originally mailed to him because he changed prisons at about the time respondent served the answer. Upon due consideration, petitioner's request is GRANTED. Docket No. 13. No later than **April 26, 2016**, respondent must mail a replacement copy of the answer and supporting memorandum of points and authorities to petitioner, and file a proof of service showing that he has done so.

The court *sua sponte* extends the deadline for petitioner's traverse: No later than **June 3, 2016**, petitioner must file and serve his traverse.

**IT IS SO ORDERED**.

Dated: April 12, 2016

SUSAN ILLSTON
United States District Judge