UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MICAH GARDNER,<br><br>    Petitioner,<br><br>    v.<br><br>KIM HOLLAND,<br><br>    Respondent. | Case No. 15-cv-04695-SI<br><br>**ORDER EXTENDING TRAVERSE DEADLINE**<br><br>Re: Dkt. No. 16 |

Petitioner's request for a 60-day extension of the deadline to file his traverse is GRANTED. (Docket No. 16.) Petitioner must file and serve his traverse no later than **August 12, 2016**. No further extensions of this deadline should be expected because, by the time it arrives, petitioner will have had at least four months to prepare his traverse.

**IT IS SO ORDERED**.

Dated: June 6, 2016

_____
SUSAN ILLSTON
United States District Judge