UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MICAH GARDNER,<br><br>    Petitioner,<br><br>    v.<br><br>KIM HOLLAND,<br><br>    Respondent. | Case No. 15-cv-04695-SI<br><br>**ORDER EXTENDING DEADLINE**<br><br>Re: Dkt. No. 18 |

Petitioner's request for another extension of the deadline to file his traverse is GRANTED. (Docket No. 18.)  Petitioner must file and serve his traverse no later than **September 23, 2016**. The deadline will not be further extended because, by the time it arrives, petitioner will have had at least four months to respond to the answer.

**IT IS SO ORDERED**.

Dated: August 12, 2016

_____
SUSAN ILLSTON
United States District Judge