UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MICAH GARDNER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KIM HOLLAND,<br><br>　　　Defendant. | Case No. 15-cv-04695-SI<br><br>**ORDER EXTENDING TRAVERSE DEADLINE**<br><br>Re: Dkt. No. 20 |

Petitioner's third request for an extension of the deadline to file his traverse is GRANTED. (Docket No. 20.) Petitioner must file and serve his traverse no later than **October 17, 2016**. This deadline will not be further extended because petitioner has had at least six months to prepare his traverse. If petitioner is unsure whether he will have access to photocopying services at the prison, petitioner immediately should start handwriting copies of his traverse to meet the deadline.

**IT IS SO ORDERED**.

Dated: September 30, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge