UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MICAH GARDNER,<br><br>    Petitioner,<br><br>    v.<br><br>KIM HOLLAND,<br><br>    Respondent. | Case No. 15-cv-04695-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is granted on the Confrontation Clause claim only.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 28, 2016

_____
SUSAN ILLSTON
United States District Judge